UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES M. OSBORNE,

    Plaintiff,

v.

GERALD W. DORRIS, SUE FUNKHOUSER, LEON KEHRER, and ASHLEY CRIDER,

    Defendants.

Case No. 16-cv-1292-JPG-MAB

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered on Count 1 (a claim for deliberate indifference to Plaintiff's serious medical need for his nerve pain medication in violation of the Fourteenth Amendment) in favor of defendants Gerald W. Dorris, Sue Funkhouser, Leon Kehrer, and Ashley Crider and against James M. Osborne, and that this case is dismissed with prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that Count 2 (a claim for deliberate indifference to Plaintiff's serious medical need for AIDS and Hepatitis C tests in violation of the Fourteenth Amendment) is dismissed without prejudice.

**DATED:** June 18, 2019

    **MARGARET M. ROBERTIE, Clerk of Court**

    <u>**s/Tina Gray, Deputy Clerk**</u>

**Approved:**   <u>s/ J. Phil Gilbert</u>
             **J. PHIL GILBERT**
             **DISTRICT JUDGE**